UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURTIS A. MEEK,<br>Plaintiff,<br>v.<br>BP PRODUCTS NORTH AMERICA, INC., *et al.*,<br>Defendants. | Case No. 2:25-cv-3318-DC-JDP (PS)<br><br>ORDER |

On July 8, 2026, I issued findings and recommendations that granted defendants' motion to compel arbitration and stayed the case. ECF No. 28. The following day, plaintiff filed a document stating that "the parties have reached a settlement resolving all claims in this action," and that plaintiff "will file a dismissal with prejudice after the settlement has been fully preformed." ECF No. 29 at 1. There is no indication of defendants' assent in the notice.

Accordingly, the parties are hereby ORDERED to file status reports within seven days of the date of this order addressing the status of settlement.

IT IS SO ORDERED.

Dated: August 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE