UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURTIS A. MEEK,<br>Plaintiff,<br>v.<br>BP PRODUCTS NORTH AMERICA, INC., et al.,<br>Defendants. | Case No. 2:25-cv-3318-DC-JDP (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 16, 28, 32) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2026, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 32. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 9, 2026, ECF No. 32, are ADOPTED;
2. This action is DISMISSED based on the parties' settlement pursuant to Federal Rule of Civil Procedure 41(a)(2);
3. Defendant's motion to compel arbitration, ECF No. 16, is DENIED as having been rendered moot by this order;
4. The Findings and Recommendations issued on July 8, 2026, ECF No. 28, are terminated as having been rendered moot by this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge